Robert L. LeHane
Joseph A. Boyle
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
Attorneys for Defendants
Nevin K. Shapiro and JAT Wholesale, Inc.

David S. Catuongo, Esq.
FORMAN, HOLT, ELIADES & RAVIN LLC
80 Route 4 East, Suit e290
Paramus, NJ 07652
(201) 845-1000
Attorneys for Benjamin A. Stanziale, Jr., Trustee

**Order Filed on 12/09/2009 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>CRAIG T. CURRIE and FANNY E. CURRIE,<br>Debtors. | Chapter 7<br><br>Case No.07-24799 (MS) |
| BENJAMIN A. STANZIALE, JR., TRUSTEE,<br>Plaintiff,<br>v.<br>NEVIN K. SHAPIRO,<br>Defendant. | Adv. Pro. 09-02609-MS) |
| BENJAMIN A. STANZIALE, JR., TRUSTEE,<br>Plaintiff,<br>v.<br>JAT WHOLESALE, INC.,<br>Defendant. | Adv. Pro. 09-02614-MS<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINTS** |

**DATED: 12/09/2009**

_____
Honorable Morris Stern
United States Bankruptcy Judge

This matter having been brought before the Court on its own initiative and with the consent of defendants Nevin K. Shapiro and JAT Wholesale, Inc. ("Defendants") and Trustee, Benjamin A. Stanziale, Jr. ("Plaintiff"), it is hereby:

ORDERED that Defendant's time to answer, move or otherwise respond to Plaintiffs' Complaints are hereby extended thirty (30) days from the date of the Subpoena to Nevin K. Shapiro. As such, Defendants shall answer Plaintiff's Complaints by December 14, 2009.

| KELLEY DRYE & WARREN LLP | FORMAN, HOLT, ELIADES & RAVIN LLC |
|---|---|
| By: *(signature)* Joseph A. Boyle<br>200 Kimball Drive<br>Parsippany, New Jersey 07054<br>(973) 503-5900<br>Attorney for<br>Nevin K. Shapiro and<br>JAT Wholesale, Inc. | By: *(signature)* David S. Catuongo, Esq.<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorney for<br>Benjamin A. Stanziale, Jr., Trustee |

SO ORDERED:

_____
HON. MORRIS STERN
United States Bankruptcy Judge

*Approved by Judge Morris Stern December 09, 2009*