Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Craig T. Currie and Fanny E. Currie
Debtor

                                          Case No.: 07–24799–MS
                                          Chapter 7

Benjamin A. Stanziale Jr.
Plaintiff

v.

Nevin K. Shapiro
Defendant

Adv. Proc. No. 09–02609–MS                          Judge: Morris Stern

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 9, 2009, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 6 – 5
Stipulation and Order Extending Defendant's Time to Answer thru 12/14/09 (related document:[5] Stipulation filed by Plaintiff Benjamin A. Stanziale, Defendant Nevin K. Shapiro).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 12/9/2009 (wdh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: December 9, 2009
JJW: wdh

                                                                James J. Waldron
                                                                Clerk