| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **FILED**<br>JAMES J. WALDRON, CLERK<br>AUG 25 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| CRAIG T. CURRIE AND FANNY E. CURRIE,<br><br>Debtors. | Case No.:    07-24799 MS |
| BENJAMIN A. STANZIALE, JR.,<br><br>Plaintiff,<br>v.<br>NEVIN K. SHAPIRO,<br><br>Defendant. | Adv. No.:    09-2609 MS<br><br>Judge:    Morris Stern |

### ORDER TO SHOW CAUSE WHY
### ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED
### FOR LACK OF PROSECUTION AND FAILURE TO FILE DISMISSAL

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

8/25/10

Page 2
Debtor:            Currie
Case No.:          07-24799 (Adv. Pro. No. 09-2609)
Caption of Order:  Order to Show Cause Why Adversary Proceeding Should Not
                   Be Dismissed For Lack of Prosecution and Failure to File Dismissal

---

This matter having been scheduled for pretrial on February 23 2010, and no appearances having been made, and the court having been advised by plaintiff's attorney that a voluntary dismissal would be filed as to the complaint, and the court docket reflecting same, and no Notice of Voluntary Dismissal or equivalent having been filed, and for good cause shown, it is

ORDERED that the plaintiff shall show cause on **Monday, September 13, 2010 at 10 a.m.** before the Honorable Morris Stern, United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr., Courthouse, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102, why this adversary proceeding should not be dismissed for lack of prosecution and failure to file said dismissal documentation.

**Appearances are required. This adversary proceeding will be dismissed and closed if no appearance is made.**